ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Red River Service Corporation | ) ASBCA No. 62056 |
| | ) |
| Under Contract No. W9124E-15-D-0003 | ) |

APPEARANCES FOR THE APPELLANT:          Johnathan M. Bailey, Esq.
                                        Kristin E. Zachman, Esq.
                                          Bailey & Bailey, P.C.
                                          San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:         Scott N. Flesch, Esq.
                                          Army Chief Trial Attorney
                                        MAJ Susan Kim, JA
                                        Dana J. Chase, Esq.
                                          Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 11, 2021

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62056, Appeal of Red River Service Corporation, rendered in conformance with the Board's Charter.

Dated:  May 12, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals